UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 15-CR-20652-7
        HON. GEORGE CARAM STEEH

D-7 JEROME GOOCH,

        Defendant.

_____/

### ORDER STRIKING PRO SE MOTIONS [DOCS. 251 AND 253]

Defendant Jerome Gooch, although represented by counsel, has filed a *pro se* motion to dismiss due to an alleged violation of the Speedy Trial Act, as well as a motion in which he seeks a writ of habeas corpus due to violations of his constitutional rights. A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel. 28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). Accordingly,

IT IS ORDERED that the Clerk hereby STRIKE defendant's *pro se* motions [docs. 251 and 253].

Dated: July 29, 2016

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Jerome Gooch #275398, Sanilac County Jail, 65 N. Elk Street, Sandusky, MI 48471 and attorneys of record on July 29, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk